CARMEN GUTIÉRREZ VIUDA DE CROSAS, demandante y apelada, *v.* MARÍA LONGPRÉ BENÍTEZ y su esposo R. ABOY BENÍTEZ, ENCARNACIÓN A. VDA. DE CINTRÓN y BANCO TERRITORIAL Y AGRÍCOLA DE PUERTO RICO, demandados y apelantes.

No. 5185.—*Sometido:* Junio 13, 1932. *Resuelto:* Marzo 16, 1933.

*José Tous Soto, Leopoldo Feliú* y *Juan de Guzmán Benítez,* abogados, respectivamente, de los esposos Aboy Longpré, Longpré Vda. de Cintrón y Banco Territorial de Puerto Rico, apelantes; *Blondet & Campillo,* abogados de la apelada.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Las consideraciones que aparecen en la opinión anterior, pág. 667, son aplicables al presente recurso. Podemos agregar, como alega el banco, que ninguna de la supuesta culpa puede serle imputada. El banco fué un mero comprador en la subasta y no puede decirse que coadyuvara en la supuesta

culpa, negligencia o errores de los acreedores que ejecutaron la hipoteca. Por consiguiente, la acción iniciada en este caso no procedía contra el banco.

El Juez Asociado Señor Hutchison está conforme con el resultado.